Form RSC

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 22−22462−GLT**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
  Stephanie A. Garrett
  fka Stephanie A. Jackson
  129 Eileen Drive
  Pittsburgh, PA 15227

Social Security No.:
  xxx−xx−0465

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Christopher M. Frye
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Telephone number:  412−391−8000

NAME/ADDRESS OF TRUSTEE
Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101
Telephone number:  724−443−4757

DATE/TIME/LOCATION OF MEETING OF CREDITORS
August 21, 2023
02:00 PM
341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 7/25/23

BY THE COURT

Gregory L Taddonio
Chief Bankruptcy Jud

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 22-22462-GLT
Stephanie A. Garrett | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Jul 25, 2023      Form ID: rsc      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie A. Garrett, 129 Eileen Drive, Pittsburgh, PA 15227-4319 |
| 15554654 | | Patenaude & Felix, A.P.C., 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 15554661 | + | Scott & Associates, 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2023 23:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 25 2023 23:28:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 25 2023 23:28:00 | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 25 2023 23:34:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 25 2023 23:28:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15554640 | + | Email/Text: bankruptcy@cavps.com | Jul 25 2023 23:29:00 | Cavalry SPV I LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15560843 | + | Email/Text: bankruptcy@cavps.com | Jul 25 2023 23:29:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15572354 | + | Email/Text: jdryer@bernsteinlaw.com | Jul 25 2023 23:28:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15554641 | + | Email/Text: EBN@edfinancial.com | Jul 25 2023 23:28:00 | EdFinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15554642 | + | Email/Text: EBN@edfinancial.com | Jul 25 2023 23:28:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15560433 | + | Email/Text: EBN@edfinancial.com | Jul 25 2023 23:28:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15554644 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 25 2023 23:28:00 | First National Bank, Attn: Banruptcy, 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 15554643 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2023 | Form ID: rsc | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| 15555157 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 25 2023 23:28:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15554645 | ^ | MEBN | Jul 25 2023 23:28:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15554646 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 25 2023 23:26:38 | KML Law Group, P.C., Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15554647 | | Email/Text: camanagement@mtb.com | Jul 25 2023 23:28:00 | Lakeview Loan Servicing LLC, 4425 Ponce De Leon Boulevard MS 5-251, Miami, FL 33146-1837 |
| 15554648 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2023 23:28:00 | M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 15563861 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2023 23:29:00 | Midland Credit Management Inc., 320 East Big Beaver, Troy, MI 48083-1271 |
| 15554650 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 25 2023 23:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15554653 | + | Email/PDF: pa_dc_claims@navient.com | Jul 25 2023 23:29:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15554652 | ^ | MEBN | Jul 25 2023 23:45:24 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15561163 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 25 2023 23:27:20 | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 15554655 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2023 23:29:00 | PA American Water, P.O.Box 578, Alton, IL 62002-0578 |
| | | | Jul 25 2023 23:34:50 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15554658 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2023 23:34:42 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15560144 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2023 23:45:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15555849 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2023 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15564351 | + | Email/Text: ebnpeoples@grblaw.com | Jul 25 2023 23:28:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15568606 | | Email/Text: ebn_bkrt_forms@salliemae.com | Jul 25 2023 23:29:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15554662 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2023 23:35:01 | Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15554663 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2023 23:34:50 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15555457 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 25 2023 23:34:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15611501 | + | Email/Text: EBN@edfinancial.com | Jul 25 2023 23:28:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15554664 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 25 2023 23:45:12 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 15567761 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 25 2023 23:34:58 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15554665 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 25 2023 23:34:50 | Wells Fargo Jewelry Advantage, Attn: |

Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15554649 | *+ | Midland Credit Management Inc., 320 East Big Beaver, Troy, MI 48083-1271 |
| 15554651 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15554656 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15554657 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15554659 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15554660 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com |
| Christopher M. Frye | on behalf of Debtor Stephanie A. Garrett chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jul 25, 2023 | Form ID: rsc | Total Noticed: 39 |

Rosemary C. Crawford      on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

Rosemary C. Crawford      crawfordmcdonald@aol.com PA68@ecfcbis.com

TOTAL: 9