# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 11/2/2023 |
| Case: 22−22462−GLT | Form ID: 318 | Total: 56 |

**Recipients of Notice of Electronic Filing:**
| | | | |
|---|---|---|---|
| ust | Office of the United States Trustee | | ustpregion03.pi.ecf@usdoj.gov |
| aty | Christopher A. DeNardo | | logsecf@logs.com |
| aty | Christopher M. Frye | | chris.frye@steidl−steinberg.com |
| aty | David W. Raphael | | raphaeld@fnb−corp.com |
| aty | Denise Carlon | | dcarlon@kmllawgroup.com |
| aty | Jeffrey Hunt | | ecfpeoples@grblaw.com |
| aty | Keri P. Ebeck | | kebeck@bernsteinlaw.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Stephanie A. Garrett | 129 Eileen Drive | Pittsburgh, PA 15227 |
| cr | Duquesne Light Company | c/o Bernstein−Burkley, P.C. | 601 Grant Street, 9th Floor    Pittsburgh, PA 15219 |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| cr | Peoples Natural Gas Company LLC | GRB Law   c/o Jeffrey R. Hunt, Esquire | 525 William Penn Place, Suite 3110    Pittsburgh, PA 15219 UNITED STATES |
| cr | First National Bank of Pennsylvania | 4140 East State Street | Hermitage, PA 16148 |
| cr | Lakeview Loan Servicing, LLC | P.O. Box 619096 | Dallas, TX 75261−9741 |
| tr | Rosemary C. Crawford | Crawford McDonald, LLC. | P.O. Box 355    Allison Park, PA 15101 |
| aty | Rosemary C. Crawford | Crawford McDonald, LLC. | P.O. Box 355    Allison Park, PA 15101 |
| smg | Pennsylvania Department of Revenue | Bankruptcy Division | P.O. Box 280946    Harrisburg, PA 17128−0946 |
| smg | Pennsylvania Dept. of Revenue | Department 280946 | P.O. Box 280946    ATTN: BANKRUPTCY DIVISION    Harrisburg, PA 17128−0946 |
| 15554640 | Cavalry SPV I LLC | 500 Summit Lake Drive    Suite 400 | Valhalla, NY 10595−1340 |
| 15560843 | Cavalry SPV I, LLC | PO Box 4252    Greenwich, CT 06831 | |
| 15572354 | Duquesne Light Company | c/o Bernstein−Burkley, P.C. | 601 Grant Street, 9th Floor    Pittsburgh, PA 15219 |
| 15554641 | EdFinancial Services | 120 N Seven Oaks Drive | Knoxville, TN 37922 |
| 15554642 | EdFinancial Services | Attn: Bankruptcy    Po Box 36008 | Knoxville, TN 37930 |
| 15560433 | Edfinancial on behalf of US Dept. of Education | 120 N Seven Oaks Drive | Knoxville, TN 37922 |
| 15554643 | First National Bank | 4140 E State St | Hermitage, PA 16148 |
| 15554644 | First National Bank | Attn: Banruptcy    3015 Glimcher Blvd | Hermitage, PA 16148 |
| 15555157 | First National Bank of Pennsylvania | 4140 E. State Street | Hermitage, PA 16148 |
| 15554645 | KML Law Group, P.C. | Mellon Independence Center, Suite 5000 | 701 Market Street    Philadelphia, PA 19106 |
| 15554646 | Lakeview Loan Servicing LLC | 4425 Ponce De Leon Boulevard MS 5−251 | Miami, FL 33146 |
| 15554647 | M&T Bank | PO Box 840    Buffalo, NY 14240−0840 | |
| 15554648 | Midland Credit Management Inc. | 320 East Big Beaver | Troy, MI 48083 |
| 15554649 | Midland Credit Management Inc. | 320 East Big Beaver | Troy, MI 48083 |
| 15563861 | Midland Credit Management, Inc. | PO Box 2037    Warren, MI 48090 | |
| 15554650 | Midland Fund | Attn: Bankruptcy    350 Camino De La Reine, Suite 100 | San Diego, CA 92108 |
| 15554651 | Midland Fund | Attn: Bankruptcy    350 Camino De La Reine, Suite 100 | San Diego, CA 92108 |
| 15554653 | Navient | Attn: Bankruptcy    Po Box 9640 | Wiles−Barr, PA 18773 |
| 15554652 | Navient | Po Box 3229    Wilmington, DE 19804 | |
| 15561163 | PA American Water | P.O.Box 578    Alton, IL 62002 | |
| 15554654 | Patenaude & Felix, A.P.C.* | 2400 Ansys Drive    Suite 402−B | Canonsburg, PA 15317−0403 |
| 15555849 | Pennsylvania Department of Revenue | Bankruptcy Division PO Box 280946 | Harrisburg, Pa. 17128−0946 |
| 15564351 | Peoples Natural Gas Company LLC | GRB Law   c/o Jeffrey R. Hunt, Esquire | 525 William Penn Place, Suite 3110    Pittsburgh, PA 15219 |
| 15554655 | Portfolio Recovery Associates, LLC | 120 Corporate Blvd Ste 100 | Norfolk, VA 23502 |
| 15554656 | Portfolio Recovery Associates, LLC | 120 Corporate Blvd Ste 100 | Norfolk, VA 23502 |
| 15554657 | Portfolio Recovery Associates, LLC | 120 Corporate Blvd Ste 100 | Norfolk, VA 23502 |
| 15554658 | Portfolio Recovery Associates, LLC | Attn: Bankruptcy    120 Corporate Boulevard | Norfolk, VA 23502 |
| 15554659 | Portfolio Recovery Associates, LLC | Attn: Bankruptcy    120 Corporate Boulevard | Norfolk, VA 23502 |
| 15554660 | Portfolio Recovery Associates, LLC | Attn: Bankruptcy    120 Corporate Boulevard | Norfolk, VA 23502 |
| 15560144 | Portfolio Recovery Associates, LLC | POB 12914    Norfolk VA 23541 | |
| 15568606 | Sallie Mae | P.O. Box 3319    Wilmington, DE 19804−4319 | |
| 15554661 | Scott & Associates | 6 Kacey Court, Suite 203 | Mechanicsburg, PA 17055 |
| 15554663 | Synchrony Bank | Attn: Bankruptcy    Po Box 965060 | Orlando, FL 32896 |
| 15554662 | Synchrony Bank | Po Box 965005    Orlando, FL 32896 | |
| 15555457 | Synchrony Bank | c/o of PRA Receivables Management, LLC | PO Box 41021    Norfolk, VA 23541 |

| | | | |
|---|---|---|---|
| 15611501 | US Department of Education | 120 N Seven Oaks Drive | Knoxville, TN 37922 |
| 15554664 | Wells Fargo | Po Box 14517 | Des Moines, IA 50306 |
| 15567761 | Wells Fargo Bank, N.A. | PO Box 10438, MAC F8235–02F | Des Moines, IA 50306–0438 |
| 15554665 | Wells Fargo Jewelry Advantage | Attn: Bankruptcy    Po Box 10438 | Des Moines, IA 50306 |

TOTAL: 49