UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

STEPHANIE A. GARRETT

Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:22-22462 GLT

Document No.:

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/14/2022 and confirmed on 03/21/2023 . The case was subsequently   (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,210.10 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,210.10 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 854.57 | |
|   Trustee Fee | 304.33 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,158.90 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 4,591.91 | 0.00 | 4,591.91 |
|   Acct: 3236 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 28,000.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3236 | | | | |
| CAVALRY SPV I LLC* | 5,349.28 | 0.00 | 0.00 | 0.00 |
|   Acct: 4711 | | | | |
| PRA AG FUNDING LLC | 5,622.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0587 | | | | |
| SYNCHRONY BANK | 3,549.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6135 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5905 | | | | |
| | | | | 4,591.91 |
| **Priority** | | | | |
| CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEPHANIE A. GARRETT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 22-22462 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| STEPHANIE A. GARRETT | 459.29 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 4,400.00 | 854.57 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 35.69 | 0.00 | 0.00 | 0.00 |
| Acct: 0465 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 459.29 | 459.29 | 0.00 | 459.29 |
| Acct: XXXXXXXXXXXXXXXXX2462 | | | | |
| | | | | 459.29 |
| **Unsecured** | | | | |
| SALLIE MAE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7594 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY(*) | 275.02 | 0.00 | 0.00 | 0.00 |
| Acct: 7662 | | | | |
| EDFINANCIAL O/B/O US DEPARTMENT OF | 14,232.58 | 0.00 | 0.00 | 0.00 |
| Acct: 0465 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 2,030.99 | 0.00 | 0.00 | 0.00 |
| Acct: 3112 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4896 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN \ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,044.46 | 0.00 | 0.00 | 0.00 |
| Acct: 3581 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 909.37 | 0.00 | 0.00 | 0.00 |
| Acct: 1137 | | | | |
| WELLS FARGO BANK NA | 2,938.27 | 0.00 | 0.00 | 0.00 |
| Acct: 6083 | | | | |
| PA DEPARTMENT OF REVENUE* | 1.75 | 0.00 | 0.00 | 0.00 |
| Acct: 0465 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 832.19 | 0.00 | 0.00 | 0.00 |
| Acct: 5809 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3581 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PATENAUDE FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EMILEE JACKSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                      5,051.20

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 494.98 |
| SECURED | 42,520.28 |
| UNSECURED | 22.264.63 |

Date: 11/08/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com